# Court of Appeals
# of the State of Georgia

ATLANTA,___October 24, 2014_____

*The Court of Appeals hereby passes the following order:*

## A15A0016.  DEVEREUX v. THE STATE.

Appellant Devereux has moved to remand the case and, alternatively, to supplement the record with the transcript of the hearing on the motion for new trial; it appears that the transcript is not part of the trial court record at this time. The appellant's motion to remand is therefore GRANTED, and this appeal is REMANDED to the trial court for completion of the record. The motion to supplement is denied as moot. Upon the filing of the transcript of the hearing on the motion for new trial, the Clerk of the Superior Court of Floyd County shall transmit the balance of the record and the transcript to this Court for re-docketing.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____10/24/2014_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*